**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:23-CV-429-MOC-DCK**

| | | |
|---|---|---|
| **CHRISTOPHER MOORE, and AUSTIN HILL,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **TAKE5, LLC, and DRIVEN BRANDS SHARED SERVICES, LLC,** | ) ) ) ) | |
| **Defendants**. | ) ) ) | |

     **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by Joshua R. Adams, concerning Eric R. Magnus, on July 25, 2023.  Eric R. Magnus seeks to appear as counsel *pro hac vice* for Defendants.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

     **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**.  Eric R. Magnus is hereby admitted *pro hac vice* to represent Defendants.

     **SO ORDERED**.

Signed: July 25, 2023

David C. Keesler
United States Magistrate Judge