IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-429-MOC-DCK

| | |
|---|---|
| CHRISTOPHER MOORE, and AUSTIN HILL, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **ORDER** <br>) |
| TAKE 5, LLC, and DRIVEN BRANDS SHARED SERVICES, LLC, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Corey M. Stanton, concerning Olena Savytska, on August 10, 2023. Olena Savytska seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Olena Savytska is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: August 10, 2023

David C. Keesler
United States Magistrate Judge