**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-429-MOC-DCK**

| | | |
|---|---|---|
| **CHRISTOPHER MOORE, and** | ) | |
| **AUSTIN HILL,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TAKE 5, LLC, and DRIVEN BRANDS** | ) | |
| **SHARED SERVICES, LLC,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Corey M. Stanton, concerning Jason L. Gunter, on September 5, 2023. Jason L. Gunter seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Jason L. Gunter is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: September 6, 2023

David C. Keesler
United States Magistrate Judge