UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-429-MOC

| | |
|---|---|
| **CHRISTOPHER MOORE AND AUSTIN HILL**, individually and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>Vs.<br><br>**TAKE FIVE, LLC, ET AL.**,<br><br>   Defendants. | ORDER |

**THIS MATTER** is before the Court on a Joint Stipulation and Motion by the parties for an Order approving conditional certification and court-authorized notice under Section 216(b) of the Fair Labor Standards Act of 1938 ("FLSA"), and for a stay of the proceedings until the potential completion of alternative dispute resolution following the opt-in period. (Doc. No. 26).

The motion is **GRANTED**. The class is conditionally certified as stipulated by the parties, and the Court approves the proposed Opt-in Notice.

Furthermore, the matter is **STAYED** according to the terms in the parties' motion and pending completion of alternative dispute resolution.

**IT IS SO ORDERED.**

Signed: November 20, 2023

Max O. Cogburn Jr.
United States District Judge