IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CHRISTOPHER MOORE and
AUSTIN HILL, on behalf of themselves
and those similarly situated,

    Plaintiffs,

-vs-                                    Case No.: 3:23-cv-00429-MOC-DCK

TAKE 5, LLC and DRIVEN BRANDS
SHARED SERVICES, LLC,

    Defendants.
_____/

## JOINT STATUS REPORT

The Parties, by and through their counsel, hereby notify the Court that they participated in a full-day mediation, facilitated by Dennis Clifford, on May 2, 2024. This mediation did not result in settlement.

Plaintiffs intend to file a Motion to Amend their Complaint to add Rule 23 state law claims. Defendants have indicated that they intend to oppose this Motion in light of Defendants' stipulation to conditional certification.

Dated: May 15, 2024        Respectfully submitted,

                                              */s/ Olena Savytska*
                                              Harold L. Lichten (*pro hac vice*)
                                              Email: hlichten@llrlaw.com
                                              Olena Savytska (*pro hac vice*)
                                              Email: osavytska@llrlaw.com
                                              **LICHTEN & LISS-RIORDAN, P.C.**
                                              729 Boylston St., Suite 2000
                                              Boston, MA 02116

Jason L. Gunter (to be admitted *pro hac vice*)
Fla. Bar No. 0134694
Email: Jason@GunterFirm.com
Conor P. Foley (to be admitted *pro hac vice*)
Fla. Bar No. 111977
Email: Conor@GunterFirm.com
**GUNTERFIRM**
1514 Broadway, Suite 101
Fort Myers, FL 33901
Tel: 239.334.7017

Philip J. Gibbons, Jr.
NC Bar No.: 50276
Email: phil@gibbonslg.com
Corey M. Stanton
NC Bar No.: 56255
Email: corey@gibbonslg.com
**GIBBONS LAW GROUP, PLLC**
14045 Ballantyne Corporate Place, Suite 325
Charlotte, NC 28277
*Counsel for Plaintiffs*

*/s/ Joshua Adams*
JOSHUA R. ADAMS
N. C. State Bar No.: 49038
200 South College Street
Suite 1550, 15th Floor
Charlotte, NC 28202
Telephone: (980) 465-7237
Email: Joshua.Adams@jacksonlewis.com

ERIC R. MAGNUS (*pro hac vice*)
Georgia State Bar. No. 801405
171 17th Street, NW
Suite 1200
Atlanta, GA 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
E-Mail: Eric.Magnus@jacksonlewis.com
*Attorneys for Defendants*

2